UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
           v.                               )
                             )     M.B.D. Case No.  25-91378
JORGE ALVAREZ RODRIGUEZ,          )
    Defendant                         )


**<u>ORDER OF CONTINUANCE AND EXCLUDABLE DELAY</u>**

Upon consideration of the Government's Assented-to Motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The Defendant has been and charged by criminal complaint with transportation of child pornography, in violation of 18 U.S.C. 2252A(a)(1). *Case No.* 25-mj-5139-JGD.  The parties have begun discussions for resolution of this matter; however, even with due diligence, the parties expect to be unable to finalize their discussions prior to the time within which an indictment or information must be filed.  Additionally, new counsel was recently appointed to represent the defendant.  As a result, the United States requests an extension of time to return an indictment or file an information.  The requested exclusion of time represents a 30-day extension of the United States' time to file an indictment or information under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from August 7, 2025, through and including, September 8, 2025, from the speedy trial clock, outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, <u>18 U.S.C. §§ 3161(h)(7)(A)</u>, and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

In light of the foregoing, the Court hereby grants the Motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an Indictment or Information must be filed is continued to September 8, 2025; and (2) the period from August 7, 2025 through and including September 8, 2025, is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.


/s/ Brian E. Murphy
_____
HON.
UNITED STATES DISTRICT JUDGE


Date:  August 7, 2025